UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20-CR-00074-6-JRG-CRW |
| | ) | |
| ROBERT MCCLURE | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 297], in which Judge Wyrick recommends the Court deny Defendant Robert McClure's Motion to Suppress Defendant's Statement [Doc. 261]. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Mr. McClure's motion to suppress [Doc. 261] is **DENIED**.

So ordered.

ENTER.

                                                          s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE